**Mohammed A. KABIR, M.D., Appellant,**

v.

**MISSOURI DEPARTMENT OF SOCIAL SERVICES, Respondent.**

**No. WD 49746.**

Missouri Court of Appeals,
Western District.

July 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Application to Transfer Denied
Oct. 24, 1995.

Robert P. Baine, Jr., Baine & McHugh, Florissant, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gary L. Gardner, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Mohammed A. Kabir, M.D., appeals the judgment following a jury trial in the Cole County Circuit Court denying his claim against the Missouri Department of Social Services ("Department") for breach of con-

tract for terminating Dr. Kabir's participation in the Missouri Medicaid program. The jury denied Dr. Kabir's claim for lost income against the Department and awarded the Department $9,140.04 on its counterclaim against Dr. Kabir.

The judgment is affirmed. Rule 84.16(b).